ENTERED ON DOCKET
11/9/99 PURSUANT
TO FRCP RULES 58 & 79a

RECEIVED & FILED
99 NOV -9 AM 9:35
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

IN THE MATTER OF:

JOSE RAUL PEREZ,

    Debtor

Civ. No. 98-2262(PG)

## J U D G M E N T

The Court having entered an opinion and order dismissing the appeal in this case, it is hereby

**ORDERED AND ADJUDGED** that the case is **DISMISSED**.

San Juan, Puerto Rico, November 8, 1999.

JUAN M. PEREZ-GIMENEZ
U.S. District Judge

sk: USBC

AO 72A
(Rev.8/82)